IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY JUNELL GACHETT, | 1:13-cv-00067-SKO PC |
| Plaintiff, | ORDER DISREGARDING PLAINTIFF'S SECOND MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| vs. | |
| C. GIPSON, et al., | ( Motion #4) |
| Defendants. | |

On January 28, 2013, Plaintiff a filed a second application to proceed in forma pauperis. In light of the fact that Plaintiff's first application to proceed in forma pauperis was granted on January 16, 2013, Plaintiff's second application is DISREGARDED AS MOOT.

IT IS SO ORDERED.

**Dated:   January 30, 2013**          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE