# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY JUNELL GACHETT,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN C. GIPSON, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:13-cv-00067-SKO PC<br><br>ORDER DISMISSING ACTION AS DUPLICATIVE OF CASE NUMBER 1:13-CV-00139-DLB<br><br>(Doc. 1) |

    Plaintiff Troy Junell Gachett, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 15, 2013. Plaintiff alleges that Warden C. Gipson, Chief Deputy Warden R. S. Lambert, and Correctional Counselor I G. Mascarenas violated his constitutional rights under the First, Eighth, and Fourteenth Amendments. Plaintiff's claims arise out of (1) his placement in the Security Housing Unit following his refusal to accept an incompatible cellmate and (2) the confiscation and destruction of his personal property on July 18, 2012. Plaintiff seeks damages, including reimbursement for his television and personal property.

    On January 30, 2013, Plaintiff brought another action against the same parties alleging the same claims.[1] Plaintiff may not proceed with duplicative lawsuits. Given that in the second case, the Court screened Plaintiff's complaint and dismissed it with leave to amend on September 12,

---

[1] *Gachett v. Gipson*, 1:13-cv-00139-DLB.

2013, and Plaintiff filed an amended complaint on September 25, 2013, this case shall be dismissed.

Accordingly, this action is HEREBY DISMISSED on the ground that it is duplicative of case number 1:13-cv-00139-DLB, and the Clerk of the Court shall close this file.

IT IS SO ORDERED.

Dated:   **October 9, 2013**                              **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE

2